UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:01-cr-00115-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MARIO NEIL MURPHY,** | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on defendant's Second Letter to the Court. The court thoroughly addressed the concerns raised in defendant's Second Letter when it addressed the same concerns in his First Letter. See Order (#72). Defendant is advised to address any questions he may have to his court-appointed attorney:

> **Erin Kimberly Taylor**
> Federal Defenders of Western North Carolina
> 129 West Trade St.
> Suite 300
> Charlotte, NC 28202

Having considered defendant's letter and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Second Letter (#73), to the extent it seeks any relief, is DENIED for the same reasons discussed in the previous Order (#72).

Signed: March 20, 2013

Max O. Cogburn Jr.
United States District Judge